**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7758**

---

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

DONALD DEVAN EDWARDS,

                                   Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Chief District Judge.  (CR-90-78-MU, CA-96-342-3-MU)

---

Submitted:  April 30, 2001            Decided:  May 14, 2001

---

Before WILKINS, NIEMEYER, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Donald Devan Edwards, Appellant Pro Se.  Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Devan Edwards seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). Finding no reversible error, we dismiss.

We conclude Edwards fails to establish he received ineffective assistance of counsel in relation to his guilty plea or in relation to the filing of an appeal. See Hill v. Lockhart, 474 U.S. 52 (1985); Strickland v. Washington, 466 U.S. 668 (1984). Further, we conclude the district court did not abuse its discretion in declining to permit Edwards to amend his complaint. See Fed. R. Civ. P. Rule 15(a); Foman v. Davis, 371 U.S. 178, 182 (1962). Finally, because Edwards' claim alleging his counsel rendered ineffective assistance by not informing him of the possible sentence he faced is now raised for the first time on appeal, we decline to address that issue. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).

Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Edwards' motion for issuance of a subpoena. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2